**DEPARTMENT OF THE CORPORATION COUNSEL**

BRIAN MOTO          5421
Corporation Counsel
CHERYL A. TIPTON    2872
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii  96793

**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

STEVEN M. NAKASHIMA     3080-0
MELANIE MITO MAY        6739-0
WILLIAM N. OTA          6947-0
JENNIFER K. MURATA      8370-0
1003 Bishop Street, 1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
snakashima@marrhipp.com
Attorneys for Defendant County of Maui, Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACK HENRY WILLIAMS, JR., ET AL., ) | CIVIL NO. CV05-00278 BMK |
| ) | |
| ) | STIPULATION FOR DISMISSAL |
| Plaintiffs, ) | WITH PREJUDICE; EXHIBIT A; |
| ) | ORDER |
| vs. ) | |
| ) | |
| COUNTY OF MAUI, HAWAII, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Trial Date:  December 4, 2007 |

## **STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the Plaintiffs listed on Exhibit A hereto ("Plaintiffs") and Defendant County of Maui ("Defendant"), by their respective counsel, that this action is dismissed with prejudice. There are no remaining parties and/or issues. Each party agrees to bear its own attorneys' fees and costs.

This stipulation is based on Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. Trial was set for December 4, 2007.

Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994) and *Flanagan v. Arnaiz, 143 F.3d 540, 543-44* (9th Cir. 1998), the parties further stipulate that this Court shall retain jurisdiction of this action for purposes of resolving any disputes that may arise in the future regarding the parties' settlement agreements, their terms, and/or the enforcement thereof.

DATED:   Honolulu, Hawaii, December 28, 2007.

/s/   David W. Ricksecker
THOMAS A. WOODLEY
GREGORY K. McGILLIVARY
DAVID W. RICKSECKER
Attorneys for Plaintiffs

DATED:   Honolulu, Hawaii, January 7, 2008.

2.

      /s/   Margery S. Bronster
      MARGERY S. BRONSTER
      REX Y. FUJICHAKU
      Attorneys for Plaintiffs

DATED:    Honolulu, Hawaii, January 8, 2008.

      /s/   Steven M. Nakashima
      STEVEN M. NAKASHIMA
      MELANIE MITO MAY
      WILLIAM N. OTA
      JENNIFER K. MURATA

      Attorneys for Defendant
      County of Maui

**APPROVED AND SO ORDERED**



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: January 9, 2008

_____
JACK HENRY WILLIAMS, JR., ET AL. vs. COUNTY OF MAUI;
U.S.D.C. Civil No. CV 05-00278 BMK*; STIPULATION FOR DISMISSAL WITH PREJUDICE; EXHIBIT A; ORDER*

# EXHIBIT A

1. AGDEPPA, ROGER GAZMEN
2. AIWOHI, ALMA K.
3. ALMEIDA, DARRIN WAYNE
4. ALMEIDA, EDWARD I.
5. ANDRADE, JASEN KEKOA
6. ANDRADE, KAIMIOLA D.
7. ANDRADE, KAWAHAMAE D.
8. ARRUDA, DERRICK ALAN
9. AYAKAWA, RYAN R.
10. AZMAN, REZA BEN
11. BANCACO, CORNELIO JR.
12. BARCOMA, LEONARD K.
13. BARUT, WILLIAM GABRIEL
14. BEERMAN, RICHARD
15. BICOY, DARTAGNON D.
16. BLAND, BENJAMIN H.   (IV)
17. BLAND, BENJAMIN HARRISON III
18. BOGAR, GEOFFREY WILLIAM
19. BOSWELL, JAMES AARON
20. BUSBY, JORGEN K.
21. CAMBRA, WAYNE L.
22. CAMPOS, NORMAN M.
23. CASTOR, WILLIAM A.
24. CHAI, DERRICK G.H.
25. CLUNEY, MARK ERIC
26. DANLEY, GUY M.
27. DAVIS, GEORGE P.
28. DAVIS, PETER K.
29. DELIMA, KENNETH JR
30. DENHAAN, BRAM H.
31. DEVEREUX, THOMAS K.
32. DOMINGO, LEOMER TAMAYO
33. DRINKWARD, CRAIG SCOTT
34. DUARTE, ALLEN D.
35. DUBACH, HANS P.
36. DUDOIT, JUANITO W.
37. DUDOIT, SHANE T.
38. DUNN, LESLIE ALLEN
39. EMINGER, STEVEN MICHAEL

40. FARM, KYLE K.
41. FUJITA, JAY K.H.
42. GADDIS, BEAU
43. GAMIAO, JASON K.
44. GANN, THOMAS B.
45. GARCES, PETRONILO M.
46. GIESEA, JEFFREY THOMAS
47. GORMLEY, MICHAEL KEGNE
48. HAAKE, KANOA K.
49. HAMAKUA, SHELDON KANAIMANN
50. HANDLEY, DUANE WESLEY
51. HERRICK, TIMOTHY K.
52. HINAU, EDWARD C.
53. IBARRA, DUANE K.
54. IGNACIO, NATHAN KALANI
55. JACINTO, WILLIAM O.
56. JOYO, LAWRENCE J.
57. KALAMA, JEROME JR.
58. KALANIHUIA, ALEXANDER
59. KAMOKU, ELVIN K.H.
60. KAWASAKI, RICHARD T.
61. KEKUEWA, SCOTT KAIPO
62. KIHUNE, JEFFREY MARK
63. KINO, KAULANA TLK
64. KNUTSON, JAMES A.
65. KUBO, KARL KEN
66. LAFERRIERE, DANIEL P.
67. LEE, BRANDY KAINOA
68. LEE, STEVEN M.
69. LEGARE, STEPHEN V.
70. LINDO, HENRY A. JR.
71. LONG, CARLTON M.
72. LONOKAILUA-HEWETT, AMOS K.
73. MACADANGDANG, RORY KURT
74. MACHADO, DENNIS K.
75. MAIOHO, MILLER K.
76. MATSUDA, ROCKNE K.T.
77. McAFEE, KEVIN E.
78. McDONALD, TODD E.

79. McKIE, JAMES DAVID
80. MENDES, WALTER P.
81. MONTALVO, LIONEL W.
82. MURPHY, DANIEL W.
83. MURRAY, JEFFREY A.
84. NAKAGAWA, TRACY H.
85. NAPOLITANO, PETER JOSEPH
86. NEUHART, ERIC M.
87. O'DONNELL, STEVEN E.
88. OHIGASHI, ROSS M.
89. OKITA, PAUL F.
90. OSHIRO, NATHAN A.
91. OTANI, ERIC A.
92. PACHECO, CHAD ALAN
93. PAINTER, JERRY LEE
94. PARKER, ALEXANDER F.
95. PASCUA, ALAN R.
96. PATAO, HENRY F.
97. PATAO, VERNON
98. PETERS, ANGUS K. JR.
99. PICO, CHARLES F. JR.
100. POCOCK, KIRK M.
101. POKINI, MARK POKINI
102. PUAA, KELAN KAHOAPILI
103. PUHI, KEAWE K.
104. PUHI, KEKOA A.
105. QUINTANA, RODERICK SCOTT
106. RAWLINS, LARRY L. JR.
107. REGIDOR, MOSES HO'OMALU
108. RICHARDSON, SEAN R.
109. ROBACK, JARRET F.
110. ROBACK, KEONE L.
111. ROBINSON, KEOLA M.
112. ROGERS, SHAWN T.H.
113. ROSA, JOHN K.
114. SAMBRANO, CHAD
115. SARIBAY, G. NELSON JR.
116. SCHAFER, STEVE CRAIG
117. SEGUNDO, KEVIN KAPENA

118.   SHAFFER, JEFF A.
119.   SHANNON, KANOA K.
120.   SHIMADA, ROBERT M.
121.   SHIPMAN, PATRICK GEORGE
122.   SIMON, SEAN KILPATRICK
123.   SNIFFEN, FREDERICK JAY
124.   SODETANI, ERIC G.K. SR.
125.   SPENSER, ROBERT J., JR.
126.   TAKUSHI, REX YASU
127.   TANCAYO, TRAVIS K.
128.   TAOMOTO, EDWARD MASAO
129.   TERAOKA, TODD A.
130.   THEROS, LEE T.H.
131.   THYNE, DAVID C.
132.   THYNE, STEVEN JOSEPH
133.   VANDERPOEL, PETER K.
134.   VENTURA, BRADFORD KEAHI
135.   WATANABE, RYAN LAYTON
136.   WILLIAMS, DAVID ALIKA
137.   WILLLIAMS, JACK HENRY, JR.
138.   YAGI, KIRK S.
139.   YAMAMOTO, COLIN FUJIO
140.   YATSUSHIRO, RYLAN S.
141.   YOKOYAMA, LANCE K.
142.   YOSHIDA, DAVID KAZUE